IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~XX-cv-XXXXX-KLM~~ 15-CV-00194-KLM

PLAINTIFF, Kirsten Look

    Plaintiff,

v.

DEFENDANT Geico Casualty Company

    Defendant.

---

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

_____          _____
J. Todd Tenge, Esq. #22088                       Michael S. Simpson, #19975
[Plaintiff(s) signature block]                          [Defendant(s) signature block]

**SO ORDERED**

Dated: April 17, 2015

_____
Hon. Kristen L. Mix
United States Magistrate Judge